884 A.2d 841

**In the Matter of J.W. HERNANDEZ–CUEBAS.**

**Petition for Reinstatement from Inactive Status.**

**No. 96 DB 2004.**

Supreme Court of Pennsylvania.

Sept. 20, 2005.

ORDER

PER CURIAM:

AND NOW, this 20th day of September, 2005, upon consideration of the Report and Recommendations of the Disciplin-

ary Board dated July 26 2005, the Petition for Reinstatement from Inactive Status is GRANTED.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.